CLEAR FORM

/

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Jennifer McCoy

PLAINTIFF

4120 S Heather RD

Address (No Post Office Boxes)

DerBY KS 67037

City            State       Zip Code

marshal Nation
marshal vs. marshal Esparingl
AHBi+zu

Judge Colleen. Kollar-kelly

DEFENDANT

333 Constitution

Address (No Post Office Boxes)

WASh ington DC 20002

City            State       Zip Code

Case: 1:23-cv-02695 JURY TRIAL
Assigned To : Unassigned
Assign. Date : 9/14/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ✓ Yes ☐ No

RECEIVED

SEP 1 4 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## COMPLAINT

On Sept 13th 2023 I presented A medical
exemption to MASK to the clerk
of the court of Fedral court in DC
HAD to write a letter to Judge Kollar-kelly
explaining and saying I could not wear
A Face MASK. Her court Room is the only
one with this Requirement outside
Started on tues Day Monday the MASK
was optional on the Door, Tues sign was
changed. I Filled out the things Required
in the clerks office. The marshel
was informed check with clerk and Allowed
me in court all Day on Weass. Even Stated
She would pass on
information to that.
marshels so I wouldn't
HAVE trouble
about
wearing Mesk
Because of Exemption.

Original Signature (in pen)   Jennie Mendy

Name (if applicable, Prisoner ID No.)

333 Constitution Ave

Address or Facility Address

WASh DD   20002

City            State       Zip Code

Rev: 01/10/2023
*Use additional pages as needed

See Attached
Page

On thursday sept 14 when I entered court
Room 28 A few min after sitting Down marshal
AlBitzu came to give me a mask. I politely
Said I Have a medical Exemption
See Exibit 1, and yesterdays marshal
Cleared it thru the cherk of the court
that my mask was medically not Able
to Be worn. She then Removed me
From the court Room along with
Marshal Watton and marshal Espinal,
was Asked to step outside so I
Again showed my medical Exemption
Was told that Every one in this court
WAS Required to wear a mask. (Rule 5.1
implements 28 USC 2403. 950)
But no where Else Are you in
the court House. They all stated
they HAD to Enforce Her Rule,
When I told them I was exempt,
For All of court they said I DOUBT it,
marshal Espinal, Then they went to
check the marshal to the clerk who came
and said He saw the note I was Requir-
ed to site Judge and my Exemption,

3

But It HAD been Left in clerks office not Given to Anyone, I said I pont know But I was allowed in, marshal Nation and MArshal & spinal when I stated it Diant change my Exenption medically they said they HAD to Enforce C42 U.S.C § 12117. And I Left to go call Lawners and Set paperwork 2 hoors Latter when Looking For martials nAmes I was Let Buck in court But Denied my rights and removed Rule 5.1 Rule 51 28 USC§ 2403

Jenifer mcCoy.

ExBit 2 New Rules Posted in court tody

ExBit 3 MASK sisN on olny Door 28. But Not ALLowed to copy