UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER McCOY,<br><br>      Plaintiff,<br><br>v.<br><br>HON. COLLEEN KOLLAR-KOTELLY,<br><br>      Defendant. | Civil Action No. 23-2695 (CJN) |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for defendant in the above-captioned matter.

Dated: July 13, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____*Jane M. Lyons*_____
    JANE M. LYONS, D.C. Bar #451737
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2540

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on July 13, 2024, I caused a copy of the foregoing Notice of Attorney Appearance to be served on the plaintiff by filing it on the Court's CM/ECF system. Plaintiff has consented to receiving electronic notices.

                                                               */s/ Jane M. Lyons*
                                                               JANE M. LYONS
                                                               Assistant United States Attorney