UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER McCOY,<br><br>    Plaintiff,<br><br>  v.<br><br>HON. COLLEEN KOLLAR-KOTELLY,<br><br>    Defendant. | Civil Action No. 23-2695 (CJN) |

**DEFENDANT'S MOTION TO EXTEND TIME
FOR FILING INITIAL RESPONSE TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure ("Rules"), the defendant, the Honorable Colleen Kollar-Kotelly, through her undersigned counsel, respectfully moves to extend the time for the initial response to the complaint by thirty (30) days. Pursuant to the date of service on the U.S. Attorney and Rule 12(a)(2), the defendant's response is currently due on July 16, 2024. If granted, the new deadline for the defendant's response would be August 15, 2024. No previous extensions have been requested. The defendant is currently unable to inform the Court about the plaintiff's position on the The plaintiff, who represents herself in this matter, did not respond within twenty-four hours of being sent an e-mail on July 12, 2024, to confer about the relief sought in this motion. No other efficient means of communication are available to the defendant's counsel to attempt to confer because the plaintiff's telephone number is not currently on the docket. If the defendant's counsel becomes aware of the plaintiff's consent to the requested extension of time prior to the Court's ruling on the motion, the defendant's counsel will promptly notify the Court in a supplement to this motion.

The complaint in this case seeks relief in connection with the allegedly inconsistent application on September 13-14, 2023, of the defendant's policy that people physically present in

the defendant's courtroom wear masks. *See* ECF No. 1, Compl. The complaint alleges that plaintiff needs a medical exemption from the face-covering requirement based on a short note dated October 19, 2020, from a physician. *See* ECF No. 1-1, Rx by Amy Hogan, MD. The complaint was filed on September 14, 2023. *Id*. No summonses were issued until May 15, 2024. *See* Docket Entry, May 15, 2024.

Based on the pendency of this case for eight months before some basic steps were taken to prosecute it, granting one additional month for the defendant's response so that the defendant's counsel has sufficient time to confer with the defendant and ensure that the initial defense submission in this case is well founded and develops all appropriate legal arguments is reasonable, fair, and just. *See* Fed. R. Civ. P. 1. The defendant's counsel undersigned counsel is assigned to a large docket of active civil cases and appeals, and the urgent press of business in other cases and other responsibilities has prevented her from completing the necessary work for this case with enough time remaining for consultation and internal review prior to the existing deadline.

This motion is being filed in good faith and not to gain any unfair advantage through delay. Granting this motion will have no impact on any existing deadline because there are none. Nor will granting an extension meaningfully delay the Court's resolution of this case. The defendant currently plans to move to dismiss the complaint or, in the alternative, for a more definite statement of the legal basis for the plaintiff's challenge to the defendant's administration of a mask requirement in her courtroom. If the Court believes that more than the ordinary number of days provided in Local Civil Rule 7 for filing oppositions to dispositive motions is warranted in light of the plaintiff's pro se status, the defendant has no objection to a reasonable amount of additional period, consistent with *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992), and *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Accordingly, and for good cause shown, the defendant respectfully requests that the Court extend the deadline for the initial response to the complaint until August 15, 2024. A proposed order is attached, and a Word version of the proposed order is being e-mailed to chambers consistent with the Court's General Order in Civil Cases.

Dated: July 13, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:     *Jane M. Lyons*
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2540

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that on July 13, 2024, I caused a copy of the foregoing Defendant's Motion to Extend Time to be served by filing it on the Court's CM/ECF system. Plaintiff has consented to receiving electronic notices. If service is not automatically made, then I certify that I will make service to the plaintiff's email (Jmccoy062372@gmail.com).

*/s/ Jane M. Lyons*
JANE M. LYONS
Assistant United States Attorney